IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Marcia S. Krieger

Civil Action No. 20-cv-00932-MSK

**DIREXA ENGINEERING, LLC,**

    Plaintiff,

v.

**UNITED STATES CITIZENSHIP AND IMMIGRATIONS SERVICES;
LAUREN K. MILLER, Director USCIS Nebraska Service Center; and
OFFICER 0265, USCIS Nebraska Service Center,**

    Defendants.

## ORDER DIRECTING REASSIGNMENT

**Krieger, J.**

This matter is before the Court pursuant to the Defendants' Motion to Dismiss **(# 10)**, filed June 15, 2020.  Through this case, the Plaintiff seeks to challenge the Defendants' denial of Direxa Engineering, LLC's ("Direxa") Form I-140 Immigrant Petition for Alien Worker on behalf of Mr. Clement Georges Eric Cadier, one of Direxa's senior managers.  **(# 1)**.

Under the local rules of the court, an AP judge manages an Administrative Appeal or Action for Review of Final Agency Orders, Decisions, or Rulemaking through briefing. D.C.COLO.LCivR 40.1(d); D.C.COLO.LAPR 10.2.  Typically, once briefing is complete, the AP case is returned to the clerk of the court to be drawn to a judge under D.C.COLO.LCiv.R 40.1.  The judge so drawn resolves the case on its merits.

After carefully reviewing the pending motion, the Court finds the issues could be sufficiently intertwined with the merits of the underlying controversy to suggest that the AP

judge should refrain from resolving those issues to avoid binding the merits judge to a ruling which he or she may view differently.  Thus, the Court orders that this case be randomly drawn to a merits judge.

THEREFORE, IT IS ORDERED that the clerk of the court shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCiv.R 40.1.

Dated this 5th day of August, 2020.

BY THE COURT:

Marcia S. Krieger
Senior United States District Judge